IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| RONALD A. McNEIL, RAM INNOVATION, INC., and SUNCOAST ENVIRONMENTAL INTERNATIONAL, INC., <br><br>Plaintiffs, <br><br>v. <br><br>DANNY J. BLAND d/b/a PARADISE ENVIRONMENTAL SERVICES EAST, INC., and PARADISE ENVIRONMENTAL SERVICES, INC., <br><br>Defendants. <br>_____ <br><br>DANNY J. BLAND and PARADISE ENVIRONMENTAL SERVICES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>SUNCOAST ENVIRONMENTAL INTERNATIONAL, INC., RONALD McNEIL and RAM INNOVATION, INC., <br><br>Defendants. <br>_____ | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) LEAD CASE NO. 5:01-CV-42 MCR <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) CASE NO. 5:01-CV-147 MCR <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

**ORDER DISMISSING CERTAIN CLAIMS PURSUANT TO FED.R.CIV.P. 41(a)(2) AS MUTUALLY REQUESTED BY PLAINTIFFS AND DEFENDANTS**

This matter having come before the Court on the Joint Motion for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(2) filed by Ronald A. McNeil, RAM Innovation, Inc., and SunCoast Environmental International, Inc. (collectively referred to as "Plaintiffs"), and Danny J. Bland,

Paradise Environmental Services East, Inc., and Paradise Environmental Services, Inc. (collectively referred to as "Defendants"), the Court having considered same and having been advised that the parties mutually agree to the entry of this Order subject to the terms of the confidential settlement agreement entered into by and between the parties, it is hereby

ORDERED as follows:

(1) Pursuant to Fed.R.Civ.P. 41(a)(2), the following claims are dismissed with prejudice:

    (a) All of Plaintiffs' claims made against the Defendants in the above-styled action, except those concerning infringement of U.S. Patents Nos. 5,265,981, 5,490,744, and 5,915,886 (the "McNeil Patents");

    (b) All of the Defendants' claims and counterclaims asserted against Plaintiffs in both of these above-styled consolidated cases.

(2) Pursuant to Fed.R.Civ.P. 41(a)(2), the following claims are dismissed without prejudice:

    (a) Plaintiffs' claims made against the Defendants for infringement of the McNeil Patents.

DONE AND ORDERED, this 15th day of June, 2005.

*s/ M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE